# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 3, 2010

Marilyn Kelly,
Chief Justice

141459

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHAD LEE GIBSON,
      Defendant-Appellant.

SC: 141459
COA: 297417
St. Clair CC: 09-002021-FC

_____/

On order of the Court, the application for leave to appeal the May 24, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, C.J., would remand this case to the trial court for reconsideration of the scoring of OV 10.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 3, 2010

_____
Clerk

p1124